# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICKOLAY PULUKCHU, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 13-cv-4839 |
| HADCO METALL TRADING CO, | : |
| Defendant. | : |

## ORDER

AND NOW, this 18th day of June, 2014, upon careful consideration of defendant's motion to dismiss (Doc # 10), plaintiff's response, and defendant's reply, it is **ORDERED** that the motion is **GRANTED** and plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to mark this case as **CLOSED**.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge